[No. 10582-9-II. Division Two. September 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT JOE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-01021-3, Thomas R. Sauriol, J., entered September 3, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 9841-5-II. Division Two. September 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY GREGORY AVERITT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01853-4, Robert H. Peterson, J., entered March 27, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 15589-0-I. Division One. September 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIAN ZEPEDA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-04677-5, Jerome M. Johnson, J., entered October 31, 1984. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Callow and French, JJ. Pro Tem.